IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| INFECTIOUS DISEASE ASSOCIATES, P.A., | § § § | No. 62, 2016 |
| Defendant Below, Appellant, | § § § | Court Below—Superior Court of the State of Delaware |
| v. | § § | C.A. No. N13C-12-218 |
| JOHN DOE[1], | § § | |
| Plaintiff Below, Appellee. | § § § | |

Submitted: October 13, 2016
Decided: October 14, 2016

Before **HOLLAND, VALIHURA**, and **VAUGHN**, Justices.

## O R D E R

This 14th day of October 2016, having considered this matter on the briefs filed by the parties and after oral argument, the Court has concluded that the final judgment of the Superior Court should be affirmed for the reasons stated in its February 1, 2016 opinion.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Superior Court is AFFIRMED.

BY THE COURT:

_____
Justice

---

[1] The Court assigned a pseudonym to the party pursuant to Supreme Court Rule 7(d).